UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

J & J SPORTS PRODUCTIONS, INC.,

    Plaintiff,　　　　　　　　　　　　　Case No. 14-cv-12236
　　　　　　　　　　　　　　　　　　　　　Hon. Matthew F. Leitman
v.

LB ENTERTAINMENT, INC. et al.,

    Defendants.
_____/

**ORDER GRANTING PLAINTIFF'S SECOND MOTION FOR AN ORDER FOR ALTERNATIVE SERVICE UPON DEFENDANTS MIKEY BROWN AND EYVONE JONES AND EXTENDING TIME TO SERVE THE SUMMONS AND COMPLAINT 30 DAYS TO PERFECT ALTERNATIVE SERVICE (ECF #7)**

    On June 5, 2014, Plaintiff J & J Sports Productions, Inc. ("J & J") filed the instant action against Defendants LB Entertainment, Inc. ("LB Entertainment"), Mikey Brown ("Brown"), and Eyvone Jones ("Jones") (collectively "Defendants"). (*See* Compl., ECF #1.) Among other things, J & J alleges that Brown and Jones own LB Entertainment (*see id.* at ¶10) and that Defendants unlawfully broadcast a Manny Pacquiao closed-circuit boxing match without paying J & J for the rights to do so (*id.* at ¶15).

    This matter is currently before the court on J & J's motion for an Order extending the time to serve the Summons and Complaint upon all Defendants by 30 days, and allowing alternate service of the Summons and Complaint upon

1

Defendants Brown (individually and as registered agent of LB Entertainment) and Jones. (*See* the "Motion," ECF #7.) The Court has reviewed the Motion, J & J's supporting brief, and the exhibits supplied with the Motion, and the Court is satisfied that it should grant the Motion.

Accordingly, **IT IS HEREBY ORDERED THAT** the time for serving the Summons and Complaint upon each Defendant is extended 30 days from the date of this Order.

**IT IS FURTHER ORDERED THAT** Service of the Summons and Complaint, or any timely-filed Amended Pleading allowed by the Federal Rules of Civil Procedure, and a copy of this Order, shall be made by each of the following methods:

1. Sending a copy of the this Order, the Summons, and the Complaint by First-Class Mail to Defendants Mikey Brown and Eyvone Jones at 45882 Dutton Drive – Unit 74, Macomb, Michigan 48044;

2. Sending a copy of this Order, the Summons, and the Complaint by Certified or Registered Mail, Return Receipt Requested, to Defendants Mikey Brown and Eyvone Jones, at 45882 Dutton Drive – Unit 74, Macomb, Michigan 48044;

3. Tacking or firmly affixing a copy of this Order, the Summons, and the Complaint to the door at 45882 Dutton Drive – Unit 74, Macomb, Michigan 48044; and

4. Service by publication once a week for thee (3) consecutive weeks in full compliance with MCR 2.106(D)(1) and 2.106(F).

**IT IS FURTHER ORDERED THAT** for each method listed above, J &J shall promptly file a proof of service with the Court. Following executed service, Defendants shall answer or otherwise respond to the Complaint within the time allowed by the Federal Rules of Civil Procedure. Failure of Defendants to answer or otherwise respond to the Complaint following valid and executed service may result in a default and/or default judgment being entered against Defendants.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: November 13, 2014

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 13, 2014, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(313) 234-5113